UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JASON DAVALOS, SONIA DAVALOS, SOL  :
TAN TANNING & SPA LLC, *on behalf of* :
*themselves and all others similarly situated*, :
                                                                                : 24-CV-8073 (VEC)
                                        Plaintiffs,  :
                                                                                 : <u>ORDER</u>
                  -against-  :

HYDRAFACIAL LLC *doing business as* THE  :
HYDRAFACIAL COMPANY, and THE :
BEAUTY HEALTH COMPANY, :
                                                             Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference, currently scheduled for January 10, 2025, is ADJOURNED to **Friday, January 17, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: **January 6, 2025**
       **New York, New York**

                                                            **VALERIE CAPRONI**
                                                         **United States District Judge**