UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
SOL TANNING & SPA LLC, on behalf of itself    :
and all others similarly situated, THE GLOW   :
AESTHETICS 808, LLC, ELITE SKIN & BODY,       :
LLC, TOUCH OF SAM LLC, CHAMPAGNE              :
AESTHETICS, LLC, GLAM ESSENCE MED             :
SPA, LLC, SKYN ALCHEMY INC, DYANE             :
THYFAULT, doing business as LOTUS             :
WAXING & SKINCARE STUDIO, GLAM                :
+ GLOW BEAUTY BAR, LLC, LASHES, SKIN          :       24-CV-8073 (VEC)
& WAXING WITH ALLYSON, LLC,                   :
SAMANTHA SILVA, doing business as             :       ORDER
BEACHSIDE BEAUTY, LA CHIC BOHEME              :
COLLECTIVE LLC, doing business as LA CHIC     :
BOHEME, CRYSTAL LOYER, doing business         :
as GLOW STUDIO, and JENNIFER                  :
SKURATOV, doing business as SPA THIRSTY       :
                                              :
                                              :
                            Plaintiffs,       :
                                              :
              -against-                       :
                                              :
HYDRAFACIAL LLC doing business as THE         :
HYDRAFACIAL COMPANY, and THE                  :
BEAUTY HEALTH COMPANY,                        :
                                              :
                            Defendants.       :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 2, 2025, Plaintiffs filed an Amended Complaint, Dkt. 41.

IT IS HEREBY ORDERED that the motion to dismiss, Dkt. 22, is DENIED AS MOOT. The parties are reminded that Defendants must answer or otherwise respond to the Amended Complaint not later than **June 23, 2025**. If Defendants move to dismiss the Amended Complaint, Plaintiffs must respond to the motion not later than **July 8, 2025**, and Defendants must reply not later than **July 22, 2025**. Plaintiffs are reminded that they have the right to

amend the Complaint only once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1); accordingly, if Plaintiffs wish to file a Second Amended Complaint in lieu of responding to Defendants' anticipated motion to dismiss, they must seek the Court's leave. The initial pretrial conference remains scheduled for **Friday, July 18, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  June 3, 2025
       New York, New York

_____
       **VALERIE CAPRONI**
       **United States District Judge**