UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
SOL TANNING & SPA LLC, on behalf of itself        :
and all others similarly situated, THE GLOW       :
AESTHETICS 808, LLC, ELITE SKIN &                 :
BODY, LLC, TOUCH OF SAM LLC,                      :
CHAMPAGNE AESTHETICS, LLC, GLAM                   :
ESSENCE MED SPA, LLC, SKYN ALCHEMY                :
INC, DYANE THYFAULT, doing business as            :
LOTUS WAXING & SKINCARE STUDIO,                   :
GLAM+GLOW BEAUTY BAR, LLC, LASHES,                :    24-CV-8073 (VEC)
SKIN & WAXING WITH ALLYSON, LLC,                  :
SAMANTHA SILVA, doing business as                 :         ORDER
BEACHSIDE BEAUTY, LA CHIC BOHEME                  :
COLLECTIVE LLC, doing business as LA CHIC         :
BOHEME, CRYSTAL LOYER, doing business             :
as GLOW STUDIO, and JENNIFER                      :
SKURATOV, doing business as SPA THIRSTY           :
                                                  :
                                                  :
                                   Plaintiffs,    :
                                                  :
              -against-                           :
                                                  :
HYDRAFACIAL LLC doing business as THE             :
HYDRAFACIAL COMPANY, and THE                      :
BEAUTY HEALTH COMPANY,                            :
                                                  :
                                   Defendants.    :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the initial pretrial conference scheduled for July 18, 2025, is ADJOURNED to **Friday, August 15, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: July 15, 2025
      New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**