UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SOL TANNING & SPA LLC, *on behalf of itself and all others similarly situated*, et al.,

                              Plaintiffs,

-against-

HYDRAFACIAL LLC *doing business as* THE HYDRAFACIAL COMPANY, and THE BEAUTY HEALTH COMPANY,

                              Defendants.
-------------------------------------------------------------- X

24-CV-8073 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      WHEREAS on August 15, 2025, the parties appeared before the Undersigned for a conference.

      IT IS HEREBY ORDERED that the parties must file monthly joint letters apprising the Court of the progress that has been made on discovery during the previous month, progress that is expected to be made in the coming month, and any issues that the parties anticipate may require the Court's attention. The first such letter is due **Wednesday, October 1, 2025**, with subsequent letters to be filed on the first business day of each month thereafter for the duration of fact discovery. The Court will enter a Case Management Plan by separate order.

**SO ORDERED.**

Date:  August 15, 2025
         New York, New York

                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**