

**John C. Scalzo**
Direct Phone:  +1 212 549 0219
Email:  jscalzo@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 27, 2026



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2026_____

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**RE:**   *Sol Tan Tanning & Spa, LLC et al. v. HydraFacial LLC, et al.*
       **Case No. 1:24-cv-8073-VEC (S.D.N.Y.) (the "Action")**

Dear Judge Caproni:

We write on behalf of the parties (the "**Parties**") in the above-captioned action (the "**Action**") to jointly request that the Court stay all deadlines in the Action for sixty (60) days (the "**Stay Request**"). The Parties respectfully make this request as they have agreed to a settlement in principle, and the stay the Parties seek will allow them to dedicate their resources to finalizing a settlement agreement and preparing the motions necessary for class-wide resolution.  There have been no previous requests for a stay of all deadlines in this Action.

If the Court is not inclined to grant the Stay Request, the Parties have attached a stipulation (the "**Stipulation**") extending Defendant's time to respond to Plaintiffs' Second Amended Complaint to March 27, 2026.  The current date by which Defendant is required to respond to the Second Amended Complaint is today, February 27, 2026, pursuant to a prior, so-ordered stipulation (ECF No. 74).

We thank the Court for its attention to this matter.

Respectfully,

/s/ *John C. Scalzo*_____
John C. Scalzo

/s/ *Roy A. Katriel*[1]_____
Roy A. Katriel (*pro hac vice*)

cc: All Counsel (via ECF)

---

[1]  In accordance with SDNY's Electronic Case Filing Rule & Instructions Section 8, I, John. C. Scalzo, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Not later than **Friday, May 29, 2026**, Plaintiff must move for approval of the proposed settlement pursuant to Federal Rule of Civil Procedure 23(e).  All other deadlines in the case are CANCELED.

SO ORDERED.

3/2/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE